TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00576-CV

Rochelle James and Mediatrix, Inc., Appellant

v.

The LBJ Broadcasting Co., L.L.C., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 97-08099, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING 

PER CURIAM 

 The parties have filed an agreed motion to dismiss their appeal. We grant the
motion and dismiss the appeal.

Before Chief Justice Aboussie, Justices Powers and Kidd

Dismissed on Agreed Motion

Filed: November 30, 1998

Do Not Publish